| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:11cr43-2 |
| | § | |
| DAVID ARZON | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for the administration of a guilty plea hearing. Judge Giblin conducted a hearing and issued his findings of fact and report and recommendation on the defendant's guilty plea. The magistrate judge recommended that the Court accept defendant's guilty plea. He further recommended that the Court finally adjudge defendant as guilty on Count One of the Indictment. The parties have not objected to the magistrate judge's findings.

The Court accepts the findings in the report and recommendation. The Court ORDERS that Judge Giblin's report (#101) is adopted. It is finally ORDERED that defendant, David Arzon, is adjudged guilty on Count One of the Indictment charging a violation of Title 21, United States Code, Section 846, Conspiracy to Possess with Intent to Distribute 5 kilograms or more of cocaine HCL.

SIGNED at Beaumont, Texas, this 11th day of May, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE